UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID ICKE, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV00685 ERW |
| ) | |
| ROYAL ADAMS, et al., ) | |
| ) | |
| Defendant(s). ) | |

### **ORDER**

**IT IS HEREBY ORDERED** that the Temporary Restraining Order issued on June 9, 2006 is in all respects extended, as previously entered, until December 17, 2006. A modification to this order shall be made within the next five (5) days.

Dated this 12th Day of December, 2006.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE