UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID ICKE, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV00685-ERW |
| ) | |
| ROYAL ADAMS, et al., ) | |
| ) | |
| Defendant(s). ) | |

### **ORDER**

This matter comes before the Court on Show Cause hearing, held before this Court on this date. The Court is persuaded that no civil contempt against Defendant Royal Adams is appropriate at this time. Counsel will confer concerning the printing and distribution costs to be paid from the Court approved escrow account. The Court also notes that Defendants' Motion for Contempt [doc. #41] has been withdrawn.

**IT IS HEREBY ORDERED** that no civil contempt order will be entered against Royal Adams at this time.

**IT IS FURTHER ORDERED** that Defendant Royal Adams shall turn over to Plaintiffs' Counsel any documents relating to the sale, publication and distribution of the subject works, within the next thirty (30) days.

Dated this 20th Day of April, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE